UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 07 486S

ADP, INC.,
*Plaintiff,*

VS. C.A. NO.

TODD HUNZEKER CHEVROLET, OLDS.,
BUICK, INC. and
TODD HUNZEKER,
*Defendants.*

**COMPLAINT**

ADP, Inc. files this Complaint which seeks relief from Todd Hunzeker Chevrolet, Olds., Buick, Inc. and Todd Hunzeker, and alleges:

**Jurisdiction**

1. ADP, Inc. is a Delaware corporation with its principal place of business in Roseland, New Jersey. BZ Results is a division of ADP, Inc. and has a principal place of business at 2000 Nooseneck Hill Road, Coventry, Rhode Island 02816.

2. Todd Hunzeker Chevrolet, Olds., Buick, Inc. ("Hunzeker Chevrolet") is an Idaho corporation with its principal place of business in Soda Springs, Idaho.

3. Upon information and belief, Todd Hunzeker is/was a shareholder of Todd Hunzeker Ford Mercury, Inc., ("Hunzeker Ford") a corporation which was administratively dissolved on October 10, 2007 by the Idaho Secretary of State for failure to file its annual report. Upon further information and belief, Hunzeker Ford is currently operating as an automotive dealership in Soda Springs, Idaho.

4. ADP, Inc. seeks damages in excess of $197,876.84. This Court has jurisdiction pursuant to 28 U.S.C. 1332.

**Venue**

5. Venue is proper in this District because Plaintiff's business division conducts business operations here with its principal place of business in Coventry, RI and the parties have contracted to bring all actions against each other in this District.

**Facts**

6. ADP, Inc., through its division BZ Results, provides digital marketing, internet, and related services to automobile dealerships.

7. ADP, Inc. and Hunzeker Chevrolet entered into the Terms and Conditions Agreement which is attached as "Exhibit A" and incorporated herein by reference for all purposes.

8. ADP, Inc. and Hunzeker Ford entered into the Terms and Conditions Agreement which is attached as "Exhibit B" and incorporated herein by reference for all purposes.

9. ADP, Inc. performed all its obligations and duties under the Agreements.

10. Hunzeker Chevrolet and Hunzeker Ford breached their obligations and duties by failing to pay sums due as provided for by the contracts attached as Exhibits A and B and by sending a letter wrongfully repudiating their obligations and duties. ADP, Inc. has sustained damages as a result of Hunzeker Chevrolet and Hunzeker Ford's breaches.

11. Hunzeker Chevrolet is contractually obligated to make 36 monthly payments of $5,000.25 plus six percent (6%) sales tax for a total monthly payment of $5,300.27 (in addition to any other services which Hunzeker Chevrolet may purchase from Plaintiff). Hunzeker Chevrolet paid its obligations from July 2006 through February 2007. Hunzeker Chevrolet has failed and refused to pay its obligations under the subject contract (Exhibit A attached hereto) since March 2007.

12. Hunzeker Ford is contractually obligated to make 36 monthly payments of $1,666.75 plus six percent (6%) sales tax for a total monthly payment of $1,766.76 (in addition to any other services which Hunzeker Ford may purchase from Plaintiff). Hunzeker Ford paid its obligations from July 2006 through February 2007. Hunzeker Ford has failed and refused to pay its obligations under the subject contract (Exhibit B attached hereto) since March 2007.

13. ADP, Inc. seeks recovery of its actual damages, as well as attorneys' fees and costs as provided for by the contracts attached as Exhibits A and B.

**First Cause of Action**

**For Breach of Contract by ADP, Inc. against Hunzeker Chevrolet**

14. ADP, Inc. re-alleges and incorporates herein by reference paragraphs 1 through 13 of this Complaint.

15. HunzekerChevrolet has breached its contract and is liable to ADP, Inc. for such breach.

16. ADP, Inc. has and will suffer damage as a direct and proximate result of Hunzeker Chevrolet's breach for which Hunzeker Chevrolet is liable.

Wherefore, ADP, Inc. seeks:

a. judgment in its favor and against Hunzeker Chevrolet;

b. $148,407.56 in actual damages;

c. attorneys' fees, interest, and costs; and

d. all other relief that this Court deems just and proper.

**Second Cause of Action**

**For Breach of Contract by ADP, Inc. against Hunzeker**

17. ADP, Inc. re-alleges and incorporates herein by reference paragraphs 1 through 13 of this Complaint.

18. Hunzeker Ford has breached its contract and Hunzeker is liable to ADP, Inc. for such breach.

19. ADP, Inc. has and will suffer damage as a direct and proximate result of Hunzeker Ford's breach for which Hunzeker is liable.

Wherefore, ADP, Inc. seeks:

a. judgment in its favor and against Hunzeker

b. $49,469.28 in actual damages;

c. attorneys' fees, interest, and costs; and

d. all other relief that this Court deems just and proper.

**Third Cause of Action**

**For Unjust Enrichment by ADP, Inc. against Hunzeker Chevrolet**

20. ADP, Inc. re-alleges and incorporates herein by reference paragraphs 1 through 13 of this Complaint.

21. Hunzeker Chevrolet requested that ADP, Inc. provide digital marketing services to Hunzeker Chevrolet.

22. ADP, Inc. conveyed a benefit upon Hunzeker Chevrolet by providing digital marketing services, and further expended out of pocket sums to install and bring the digital marketing system into live operation.

23. It is inequitable for Hunzeker Chevrolet to retain the benefits conveyed by ADP, Inc. without the payment of their value.

Wherefore, ADP, Inc. seeks:

a. judgment in its favor and against Hunzeker Chevrolet;

b. $148,407.56 in actual damages;

c. attorneys' fees, interest, and costs; and

d. all other relief that this Court deems just and proper.

**Fourth Cause of Action**

**For Unjust Enrichment by ADP, Inc. against Hunzeker**

24. ADP, Inc. re-alleges and incorporates herein by reference paragraphs 1 through 13of this Complaint.

25. Hunzeker Ford requested that ADP, Inc. provide digital marketing services to Hunzeker Ford.

26. ADP, Inc. conveyed a benefit upon Hunzeker Ford by providing digital marketing services, and further expended out of pocket sums to install and bring the digital marketing system into live operation.

27. It is inequitable for Hunzeker Ford to retain the benefits conveyed by ADP, Inc. without the payment of their value.

Wherefore, ADP, Inc. seeks:

a. judgment in its favor and against Hunzeker;

b. $49,469.28 in actual damages;

c. attorneys' fees, interest, and costs; and

d. all other relief that this Court deems just and proper.

ADP, Inc.

By its Attorneys,

Robin L. Main (#4222)
Jeffrey A. Mega (#6441)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)

DATED: December 31, 2007



# 859525-v2