RAYMOND L. VAN VLEET
(208) 547-2561

**CARIBOU COUNTY SHERIFF'S OFFICE**
475 EAST 2ND SOUTH
SODA SPRINGS, ID 83276

**Paper ID:** 200800018

# REGISTERED AGENT RETURN OF SERVICE

**ADP, INC**
-- VS --
PLAINTIFF(S)

**HUNZEKER CHEVROLET OLDS BUICK INC**
DEFENDANT(S)

COURT: UNITED STATES DISTRICT CRT
DISTRT OF RHODE ISLAND
CASE NO: CA-07-486S

PAPER(S) SERVED:
COMPLAINT
SUMMONS

I, RAYMOND L. VAN VLEET, SHERIFF OF CARIBOU COUNTY, STATE THAT THE ABOVE DESCRIBED DOCUMENTS WERE DELIVERED TO ME FOR SERVICE ON THE 4TH DAY OF JANUARY 2008.

I HEREBY CERTIFY THAT, ON THE 8TH DAY OF JANUARY 2008, AT 12:00 O'CLOCK A.M., I, J ADAM MABEY, BEING DULY AUTHORIZED, SERVED THE ABOVE DESCRIBED DOCUMENTS IN THE ABOVE-ENTITLED MATTER UPON AN AGENT OF

***** HUNZEKER CHEVROLET OLDS BUICK INC *****

AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS BY DELIVERING A TRUE CORRECT COPY THEREOF TO

***** TODD HUNZEKER *****

A PERSON OVER THE AGE OF 18 YEARS AT [redacted]

DATED THIS 10TH DAY OF JANUARY 2008.

RAYMOND L. VAN VLEET
SHERIFF

| | |
|---|---|
| SHERIFF'S FEES: | 40.00 |
| TOTAL COLLECTED TO DATE: | 40.00 |
| AMOUNT UNCOLLECTED: | 0.00 |

BY [signature]
J ADAM MABEY
SERVING OFFICER

BY [signature]
BARBARA GILBERT
RETURNING OFFICER

WUTHRICH, STEVEN A
1011 WASHINGTON SUITE 101
MONTPELIER, ID 83254

# RETURN OF SERVICE

| Services of the Summons and complaint was made by me (1) | DATE 01-08-08 |
|---|---|
| NAME OF SERVER (PRINT) J Adam Mabey | TITLE CPL Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: [redacted]

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with home the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01-08-08
*Date*

[signature] CPL #2104
*Signature of Server*

475 E 2nd S. Soda Springs, ID 83276
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

#838687v1