RAYMOND L. VAN VLEET
(208) 547-2561

**CARIBOU COUNTY SHERIFF'S OFFICE**
475 EAST 2ND SOUTH
SODA SPRINGS, ID 83276

**Paper ID:** 200800017

# PERSONAL RETURN OF SERVICE

**ADP, INC**

PLAINTIFF(S)

-- VS --

**TODD H HUNZEKER**
**HUNZEKER CHEVROLET OLDS BUICK INC**

DEFENDANT(S)

COURT: UNITED STATES DISTRICT CRT
DISTRT OF RHODE ISLAND
CASE NO: CA-07-486S

PAPER(S) SERVED:
COMPLAINT
SUMMONS

I, RAYMOND L. VAN VLEET, SHERIFF OF CARIBOU COUNTY, STATE THAT THE ABOVE DESCRIBED DOCUMENTS WERE DELIVERED TO ME FOR SERVICE ON THE 4TH DAY OF JANUARY 2008.

I HEREBY CERTIFY THAT, ON THE 8TH DAY OF JANUARY 2008, AT 12:00 O'CLOCK A.M., I, J ADAM MABEY, BEING DULY AUTHORIZED, SERVED THE ABOVE DESCRIBED DOCUMENTS IN THE ABOVE-ENTITLED MATTER UPON

***** TODD H HUNZEKER *****

PERSONALLY AT: [redacted]

WITHIN THE COUN[redacted]

DATED THIS 10TH DAY OF JANUARY 2008.

RAYMOND L. VAN VLEET
SHERIFF

BY ______________________
J ADAM MABEY
SERVING OFFICER

BY ______________________
BARBARA GILBERT
RETURNING OFFICER

| | |
|---|---|
| SHERIFF'S FEES: | 40.00 |
| TOTAL COLLECTED TO DATE: | 40.00 |
| AMOUNT UNCOLLECTED: | 0.00 |

WUTHRICH, STEVEN A
1011 WASHINGTON SUITE 101
MONTPELIER, ID 83254

## RETURN OF SERVICE

| | |
|---|---|
| Services of the Summons and complaint was made by me (1) | DATE 01-08-08 |
| NAME OF SERVER *(PRINT)* J Adam Mabey | TITLE CPL Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: [redacted]

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with home the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): __________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01-08-08
Date

CPL #2104
Signature of Server

475 E. 2nd S. Soda Springs, ID 83276
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

#838687v1