**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP, INC.,<br>*Plaintiff,*<br><br>VS.<br><br>TODD HUNZEKER CHEVROLET, OLDS, BUICK, INC. and<br>TODD HUNZEKER,<br>*Defendants.* | : | C.A. NO. 07-486S |

**APPLICATION FOR DEFAULT OF DEFENDANT TODD HUNZEKER**

**TO: CLERK OF THE COURT**

Plaintiff, ADP, Inc., Inc. hereby requests, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the entry of default against the defendant, Todd Hunzeker, for failure to answer or otherwise respond to ADP, Inc.'s complaint. In support of this application, ADP, Inc. relies on the attached affidavit of Jeffrey A. Mega.

Clerk's Entry of Default:

__________________________

ADP, INC.

By its Attorneys,

/s/ Jeffrey A. Mega
Robin L. Main (#4222)
Jeffrey A. Mega (#6441)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)

DATED: February 19, 2008

#873178 (060852-134645)