**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---

| | | |
|---|---|---|
| ADP, INC., *Plaintiff,* | : | |
| VS. | : | C.A. NO. 07-486S |
| TODD HUNZEKER CHEVROLET, OLDS, BUICK, INC. and TODD HUNZEKER, *Defendants.* | : | |

## AFFIDAVIT OF JEFFREY A. MEGA

I, Jeffrey A. Mega, upon oath depose and state that:

1. I am an attorney at Hinckley, Allen & Snyder LLP and a member of the Rhode Island Bar. I represent the Plaintiff in this matter.

2. On January 22, 2008, I filed a summons with this Court in this matter. The summons had a return date of January 10, 2008.

3. On January 8, 2008, I caused a copy of the summons and complaint to be served upon the Defendant, Todd Hunzeker.

4. Defendant has failed to file a responsive pleading or otherwise respond. The time within which to respond has expired.

5. Upon information and belief, defendant, Todd Hunzeker, is not a person in the military services as defined in Article 1 of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

Jeffrey A. Mega

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED AND SWORN TO before me this 19th day of February, 2008.

Anne M. Connor

#873185 (060852-134645)