**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP, INC.,<br>*Plaintiff*, | : | |
| VS. | : | C.A. NO. 07-486S |
| TODD HUNZEKER CHEVROLET, OLDS, BUICK, INC. and TODD HUNZEKER,<br>*Defendants*. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that the within Application for Default of Defendant Todd Hunzeker Chevrolet, Olds, Buick, Inc. was mailed by both regular mail postage prepaid, and by certified mail return receipt requested on this 26th day of February, 2008. To the best of my knowledge, the address below is the last known address of the party.

166 W 2nd South Street
Soda Springs, ID 83276

Robin L. Main (#4222)
Jeffrey A. Mega (#6441)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)

#874287

Label #4 B

**Certified Article Number**

7160 3901 9845 4496 1106

**SENDERS RECORD**

FOLD AND TEAR THIS WAY

Charge To: 060852-134645

Charge Amount:

Label #5

Todd Hunseker
Chevrolet, Olds Buick, Inc.
166 W 2nd Street
Soda Spring, ID 83276

Label #6

7160 3901 9845 4496 1106

**TO:** Todd Hunseker
Chevrolet, Olds Buick, Inc.
166 W 2nd Street
Soda Spring, ID 83276

**SENDER:** Jeffrey A. Mega, Esq.

**REFERENCE:**

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | 538 |

US Postal Service

**Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

2. Article Number

7160 3901 9845 4496 1106

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Todd Hunseker
Chevrolet, Olds Buick, Inc.
166 W 2nd Street
Soda Spring, ID 83276

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) Anne Sorensen

B. Date of Delivery

C. Signature

X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Ford 3-1-08

Reference Information

Jeffrey A. Mega, Esq.

PS Form 3811, January 2005 Domestic Return Receipt

Case 1:07-cv-00486-S-LDA Document 4 Filed 02/19/2008 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP, INC.,<br>*Plaintiff,* | : | |
| VS. | : | C.A. NO. 07-486S |
| TODD HUNZEKER CHEVROLET, OLDS, BUICK, INC. and TODD HUNZEKER,<br>*Defendants.* | : | |

**APPLICATION FOR DEFAULT OF DEFENDANT TODD HUNZEKER CHEVROLET, OLDS, BUICK, INC.**

**TO: CLERK OF THE COURT**

Plaintiff, ADP, Inc., Inc. hereby requests, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the entry of default against the defendant, Todd Hunzeker Chevrolet, Olds, Buick, Inc., for failure to answer or otherwise respond to ADP, Inc.'s complaint. In support of this application, ADP, Inc. relies on the attached affidavit of Jeffrey A. Mega.

Clerk's Entry of Default:

________________________

ADP, INC.

By its Attorneys,

/s/Jeffrey A. Mega
Robin L. Main (#4222)
Jeffrey A. Mega (#6441)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)

DATED: February 19, 2008

#873168 (060852-134645)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP, INC.,<br>*Plaintiff,*<br><br>VS.<br><br>TODD HUNZEKER CHEVROLET, OLDS, BUICK, INC. and<br>TODD HUNZEKER,<br>*Defendants.* | : | C.A. NO. 07-486S |

**AFFIDAVIT OF JEFFREY A. MEGA**

I, Jeffrey A. Mega, upon oath depose and state that:

1. I am an attorney at Hinckley, Allen & Snyder LLP and a member of the Rhode Island Bar. I represent the Plaintiff in this matter.

2. On January 22, 2008, I filed a summons with this Court in this matter. The summons had a return date of January 10, 2008.

3. On January 8, 2008, I caused a copy of the summons and complaint to be served upon the Defendant, Todd Hunzeker Chevrolet, Olds, Buick, Inc.

4. Defendant has failed to file a responsive pleading or otherwise respond. The time within which to respond has expired.

5. Defendant, Todd Hunzeker Chevrolet, Olds, Buick, Inc., is not a person in the military services as defined in Article 1 of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

Jeffrey A. Mega

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED AND SWORN TO before me this 19th day of February, 2008.

Anne W. Connor

#873183 (060852-134645)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP, INC.,<br>*Plaintiff,*<br><br>VS.<br><br>TODD HUNZEKER CHEVROLET, OLDS, BUICK, INC. and TODD HUNZEKER,<br>*Defendants.* | : | C.A. NO. 07-486S |

**APPLICATION FOR DEFAULT OF DEFENDANT TODD HUNZEKER CHEVROLET, OLDS, BUICK, INC.**

**TO: CLERK OF THE COURT**

Plaintiff, ADP, Inc., Inc. hereby requests, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the entry of default against the defendant, Todd Hunzeker Chevrolet, Olds, Buick, Inc., for failure to answer or otherwise respond to ADP, Inc.'s complaint. In support of this application, ADP, Inc. relies on the attached affidavit of Jeffrey A. Mega.

Clerk's Entry of Default:

____________________

DEFAULT HEREBY ENTERED.
Wendy [signature]
DEPUTY CLERK

DATED: February 19, 2008

ADP, INC.

By its Attorneys,

/s/Jeffrey A. Mega
Robin L. Main (#4222)
Jeffrey A. Mega (#6441)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)

#873168 (060852-134645)