UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADP, INC., *Plaintiff*, vs. TODD HUNZEKER CHEVROLET, OLDS, BUICK, INC. and TODD HUNZEKER, *Defendants*. | ) | C.A. NO. 07-486-S |

**PLAINTIFF, ADP, INC.'S REQUEST FOR DEFAULT JUDGMENT PURSUANT TO RULE 55(b)(1) AGAINST DEFENDANT, TODD HUNZEKER**

Now comes Plaintiff, ADP, Inc. ("ADP") in the above-entitled action, and states that Todd Hunzeker was defaulted on the 25th day of February, 2008, and that ADP's claim is for sum certain or for a sum which can by computation be made certain.

WHEREFORE, ADP requests that the Clerk enter Judgment against Defendant, Todd Hunzeker, in the amount of $49,469.28, together with interest and costs. ADP submits an affidavit in support of its request (see attached Exhibit A), and a form of judgment (see attached Exhibit B).

ADP, Inc.

By its attorneys,

Robin L. Main (#4222)
Jeffrey A. Mega (#6441)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600
jmega@haslaw.com
Counsel for Plaintiff, ADP, Inc.

Dated: June 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the within Request for Default Judgment of Defendant Todd Hunzeker was mailed by both regular mail postage prepaid, and by certified mail return receipt requested on this 5th day of June, 2008 as evidenced by the attached copy of the return receipt. To the best of my knowledge, the address below is the last known address of the party.

166 W 2nd South Street
Soda Springs, ID 83276

Robin L. Main (#4222)
Jeffrey A. Mega (#6441)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)

#877472 v1

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Todd Hunzeker
166 W. 2nd South Street
Soda Springs, ID 83276

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) [handwritten] C. Date of Delivery 6-9-8

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jeffrey A. Mega, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

ABP- Hunzeker

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Todd Hunzeker
166 W. 2nd South Street
Soda Springs, ID 83276

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *( Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

7006 0810 0002 0056 7084

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

***CERTIFIED MAIL™***

7006 0810 0002 0056 7084

7006 0810 0002 0056 7084

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To* Todd Hunzeker
*Street, Apt. No.; or PO Box No.* 166 W. 2nd South Street
*City, State, ZIP+4* Soda Springs, ID 83276

PS Form 3800, June 2002 See Reverse for Instructions

# EXHIBIT A

# AFFIDAVIT

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ADP, INC., *Plaintiff,* vs. TODD HUNZEKER CHEVROLET, OLDS., BUICK, INC. and TODD HUNZEKER, *Defendants.* | C.A. NO. 07-486-S |

**AFFIDAVIT OF ERIC L. PEARSON**

I, Eric L. Pearson, hereby state under oath and depose as follows:

1. I am the Regional Controller for BZ Results, a division of ADP, Inc.

2. I am competent to be a witness. I have personal knowledge of the facts to which I attest. I acquired my personal knowledge in my role as Regional Controller of BZ Results.

3. In this action, ADP, Inc. seeks damages in the amount of $148,407.56 against Defendant, Todd Hunzeker Chevrolet, Olds., Buick, Inc. ("Hunzeker Chevrolet"), for breach of contract.

4. In this action, ADP, Inc. separately seeks damages in the amount of $49,469.28 against Defendant, Todd Hunzeker ("Hunzeker"), for breach of a second contract. The Complaint was brought against Hunzeker

personally because he is believed to be the shareholder of Todd Hunzeker Ford Mercury, Inc. ("Hunzeker Ford"), which was administratively dissolved on October 10, 2007 by the Idaho Secretary of State for failure to file its annual report.

5. On April 7, 2006 ADP, Inc. and Hunzeker Chevrolet entered into a contract under which ADP, Inc. installed an internet-based automotive dealer marketing system and Hunzeker Chevrolet was obligated to pay a monthly fee of $3,335 for the term of the 36-month agreement. The dealer website is customized and installed on an "up front" basis, so that the substantial bulk of the performance by ADP, Inc. occurred at the outset of the agreement. The dealer is then permitted to repay ADP, Inc. on a monthly basis during the term of the agreement. ADP, Inc. is not saved a substantial amount of future performance or a substantial sum in further costs by the early termination of the agreement. Instead, ADP, Inc. does the substantial portion of the installation and training "up front", and the dealer then repays this sum over time as an accommodation to the dealer.

6. On April 7, 2006 ADP, Inc. and Hunzeker Ford entered into a contract under which ADP, Inc. installed an internet-based automotive dealer marketing system and Hunzeker Ford was obligated to pay a monthly fee of $3,335 for the term of the 36-month agreement. The dealer website is customized and installed on an "up front" basis, so that the substantial bulk of the performance by ADP, Inc. occurred at the outset of the agreement. The dealer is then permitted to repay ADP, Inc. on a monthly

basis during the term of the agreement. ADP, Inc. is not saved a substantial amount of future performance or a substantial sum in further costs by the early termination of the agreement. Instead, ADP, Inc. does the substantial portion of the installation and training "up front", and the dealer then repays this sum over time as an accommodation to the dealer.

7. The term of the agreements between ADP, Inc. and Hunzeker Chevrolet and ADP, Inc. and Hunzeker Ford was for 36 months and the total amounts Hunzeker Chevrolet and Hunzeker Ford were collectively contractually obligated to pay to ADP, Inc. in monthly fees was $6,670.00 plus tax (i.e., $3,335 per month from Hunzeker Chevrolet and $3,335 per month from Hunzeker Ford).

8. Within one month of entering into the contracts, Hunzeker, on behalf of Hunzeker Chevrolet and Hunzeker Ford, requested that the monthly payments be modified. Hunzeker requested that Hunzeker Chevrolet be invoiced $5,000.25 monthly and that Hunzeker Ford be invoiced $1,666.75 monthly, resulting in ADP, Inc. receiving almost the same collective amount in monthly fees (i.e. $6,667.00) as it had received before the modifications. ADP, Inc. granted Hunzeker's request and began invoicing Hunzeker Chevrolet $5,000.25 for its monthly fee and Hunzeker Ford $1,667.75 for its monthly fee beginning in the second month of the 36-month contracts.

9. Hunzeker Chevrolet and Hunzeker Ford paid ADP, Inc. their monthly fees for the first 8 months of the 36-month contracts but ceased payments thereafter.

10. The amount currently due from Hunzeker Chevrolet according to the contract, after a reduction for the amounts paid by Hunzeker Chevrolet, is $148,407.56.

11. The amount currently due from Hunzeker Ford according to the contract, after a reduction for the amounts paid by Hunzeker Ford, is $49,469.28.

12. To my knowledge, Hunzeker is not an infant or incompetent person.

13. To my knowledge, Hunzeker is not in the military service of the United States or its allies, as defined in the Soldiers' and Sailors' Civil Relief Act of 1940.

14. As of the date of my execution of this affidavit, neither Hunzeker Chevrolet nor Hunzeker, have plead or otherwise defended themselves in this action. In addition, no one has entered an appearance on behalf of either Hunzeker Chevrolet or Hunzeker in this action as of the date of my execution of this affidavit.

15. That on February 25, 2008, the Clerk entered ADP, Inc.'s Application for Default against Hunzeker Chevrolet and Application for Default against Hunzeker.

16. That the within Request for Default Judgment Pursuant to Rule 55(b)(1) against Defendants, Hunzeker Chevrolet and Hunzeker, was sent to Defendants via U.S. mail, certified, return receipt requested as evidenced

by the attached returns of service, prior to the filing of the within requests for Default Judgment with this Court.

Eric L. Pearson

Dated: May 27, 2008

STATE OF Rhode Island
COUNTY OF Kent

In my office on this 27th day of May, 2008, before me personally appeared Eric Pearson, to me known and known by me to be the person executing the foregoing Affidavit, and he acknowledged said Affidavit, by him executed, to be his free act and deed.

Elizabeth Scotti
Notary Public
My Commission Expires: 10/2009

# EXHIBIT B

# JUDGMENT

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADP, INC.,<br>*Plaintiff,*<br><br>VS.<br><br>TODD HUNZEKER CHEVROLET, OLDS., BUICK, INC. and TODD HUNZEKER,<br>*Defendants.* | ) | C.A. NO. 07-486-S |

**JUDGMENT**

Judgment is hereby entered in favor of Plaintiff, ADP, Inc. and against Defendant, Todd Hunzeker, in the amount of $49,469.28 plus costs and interest pursuant to Federal Rule of Civil Procedure 55(b)(1).

Clerk

______________________________

Date:

#877472 v1