**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADP. INC,** | | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **TODD HUNZEKER CHEVROLET, OLDS,** | : | **CA No 07-486 S** |
| **BUICK, INC. and TODD HUNZEKER,** | : | |
| **Defendants** | : | |

# ENTRY OF APPEARANCE

I hereby enter my appearance for the Defendants relative to the above captioned matter.

Todd Hunzeker Chevrolet, Olds, Buick, Inc.
and Todd Hunzeker

By their Attorneys,

/s/ Steven J. De Luca

Steven J. De Luca, # 4192
Sullivan Signore Whitehead & DeLuca LLP
86 Weybosset Street, Suite 400
Providence, RI 02903
Tel: (401) 861-9900
Fax: (401) 861-9977

/s/James D. Ruchti

James D. Ruchti Idaho ISB # 6366
Cooper and Larsen
151 North 3rd Ave. Suite 210
Pocatello, ID 83205-4229
Tel: (208)-235-1145
Fax: (208)-235-1182
(Mr. Ruchti to seek Admission Pro Hac Vice)

**CERTIFICATION**

I hereby certify that on this 26th day of June, 2008, a true copy of the foregoing was e-mailed via ECF to Robin L. Main Esq., and Jeffrey A. Mega, Esq., Hinckley Allen & Snyder, LLP, 50 Kennedy Plaza, Suite 1500 Providence, RI 02903.

/s/ Steven J. De Luca