**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP, INC., | ) | |
| | ) | CA No. 07-486 S |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| TODD HUNZEKER CHEVROLET, | ) | |
| OLDS, BUICK, INC., and | ) | |
| TODD HUNZEKER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION TO VACATE DEFAULT**

NOW come the Defendants, by and through counsel of record, and hereby move the Court to set aside the entry of clerk's default entered on February 25, 2008, and allow Defendants to file a late response to Plaintiff's Complaint. This Motion is filed on the basis and for the reason that Defendants have "good cause" for their failure to file a timely response to Plaintiff's Complaint. This Motion is supported by the supporting memorandum and affidavit filed herewith.

TODD HUNZEKER CHEVROLET,
OLDS, BUICK, INC., and
TODD HUNZEKER,
By their Attorneys,

/s/ Steven J. De Luca

Steven J. DeLuca, Esq., #4192
Sullivan Signore Whitehead & DeLuca LLP
86 Weybosset Street, Suite 400
Providence, RI 02903
Tel: (401) 861-9900
Fax: (401) 861-9977

/s/ James D. Ruchti
James D. Ruchti, Idaho ISB #6366
Cooper & Larsen
151 N. 3rd Ave., Suite 210
Pocatello, ID 83205
Tel: (208) 235-1145
Fax: (208) 235-1182
(Mr. Ruchti to seek Admission Pro Hac Vice)

**CERTIFICATION**

I hereby certify that on this 30th day of June, 2008, a true copy of the foregoing was e-mailed via ECF to Robin L. Main, Esq. and Jeffrey A. Mega, Esq., Hinckley Allen & Snyder, LLP, 50 Kennedy Plaza, Suite 1500, Providence, RI 02903.

/s/ Steven J. De Luca