UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADP, INC., | ) | |
| | ) | |
| VS. | ) | C.A. NO. 07-486-S |
| | ) | |
| TODD HUNZEKER CHEVROLET, OLDS, | ) | |
| BUICK, INC. and TODD HUNZEKER, | ) | |

**MOTION FOR ADDITIONAL TIME TO FILE**
**OBJECTION TO MOTION TO VACATE DEFAULT**

Now comes the Plaintiff ADP, Inc. hereby requesting that the Court grant it an additional fourteen (14) days (up to and including Thursday, July 31, 2008) to file its Objection to Defendants' Motion to Vacate Default and a Memorandum in Support thereof. This matter has been set down for hearing to occur on Wednesday, August 27, 2008. Plaintiff requests these additional fourteen (14) days to adequately respond to the issues raised in Defendants' Motion. Plaintiff's attorney spoke with Defendants' attorney on the telephone today and Defendants' attorney indicated that he is not objecting to the within motion.

ADP, Inc.

By its attorneys,

/s/ Jeffrey A. Mega
Robin L. Main (#4222)
Jeffrey A. Mega (#6441)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600
jmega@haslaw.com

Dated: July 9, 2008

## CERTIFICATION

I hereby certify that on July 9, 2008, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Jeffrey A. Mega



60852-134645
# 910702-P-v1