**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

ADP, INC.,
Plaintiff,

vs.

TODD HUNZEKER CHEVROLET,
OLDS, BUICK, INC., and
TODD HUNZEKER,
Defendants.

CA No. 07-486 S

**STIPULATION AND AGREEMENT TO VACATE DEFAULT**

It is hereby agreed and stipulated between the parties, through their respective counsel, that the clerk's entry of default entered on or about February 25, 2008 against the above named party defendants, is hereby vacated or otherwise lifted and set aside. The defendants shall have an additional 45 days within which to file their answer or other responsive pleadings, starting from the date this stipulation and agreement is filed with the court. The parties, through their counsel, further agree that, by way of this stipulation to vacate the default, neither party has admitted to any liability in this matter. The plaintiff further denies the factual matters set forth in the defendants' memorandum of law and affidavit in support of their motion to vacate default.

TODD HUNZEKER CHEVROLET,
OLDS, BUICK, INC., and
TODD HUNZEKER,
Defendants
By their Attorneys,

/s/ Steven J. De Luca
Steven J. DeLuca, Esq., #4192
Sullivan Signore Whitehead & DeLuca LLP
86 Weybosset Street, Suite 400
Providence, RI 02903
Tel: (401) 861-9900
Fax: (401) 861-9977

/s/ James D. Ruchti
James D. Ruchti, Idaho ISB #6366
Cooper & Larsen
151 N. 3rd Ave., Suite 210
Pocatello, ID 83205
Tel: (208) 235-1145
Fax: (208) 235-1182
(Mr. Ruchti to seek Admission Pro Hac Vice)

ADP, INC.,
Plaintiff

/s/ Jeffery A. Mega, Esq.
Hinckley Allen & Snyder, LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903
Tel :( 401-274-2000)

**CERTIFICATION**

I hereby certify that on this 25 day of July, 2008, a true copy of the foregoing was e-mailed via ECF to Robin L. Main, Esq. and Jeffrey A. Mega, Esq., Hinckley Allen & Snyder, LLP, 50 Kennedy Plaza, Suite 1500, Providence, RI 02903.

/s/ Steven J. De Luca