(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

______________________________
Plaintiff(s)

v. Dkt. No.______________________

______________________________
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant____________________________________________hereby moves that

__________________________________________________be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

__________________________________________
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

__________________________________________
Signature of Local Counsel

____________________________________
Print Name

____________________________________
Firm and Business Address

____________________________________

____________________________________

RI Bar ID # _______________________

Email: ___________________________

Tel. # ____________________________

Fax # ____________________________

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

________________________________
District Judge

______________________
Date