**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP, INC., | ) | |
| | ) | CA No. 07-486 S |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| TODD HUNZEKER CHEVROLET, | ) | |
| OLDS, BUICK, INC., and | ) | |
| TODD HUNZEKER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR ADMISSION PRO HAC VICE**

Now come Defendants, by and through counsel of record, and hereby move that James D. Ruchti, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

/s/ James D. Ruchti
James D. Ruchti, Idaho ISB #6366
James@Cooper-Larsen.com
Cooper & Larsen
151 N. 3rd Ave., Suite 210
Pocatello, ID 83205
Tel: (208) 235-1145
Fax: (208) 235-1182

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Steven J. De Luca
Steven J. DeLuca, Esq., #4192
s.deluca@sswdlaw.com
Sullivan Signore Whitehead & DeLuca LLP
86 Weybosset Street, Suite 400
Providence, RI 02903
Tel: (401) 861-9900
Fax: (401) 861-9977

## CERTIFICATION

I hereby certify that on this 3rd of September, 2008, a true copy of the foregoing was e-mailed via ECF to Robin L. Main, Esq. and Jeffrey A. Mega, Esq., Hinckley Allen & Snyder, LLP, 50 Kennedy Plaza, Suite 1500, Providence, RI 02903.

/s/ Steven J. De Luca