**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP, INC., Plaintiff, vs. TODD HUNZEKER CHEVROLET, OLDS, BUICK, INC., and TODD HUNZEKER, Defendants. | ) | CA No. 07-486 S **DEFENDANT TODD HUNZEKER'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(2) AND 12(b)(6)** |

NOW comes Defendant Todd Hunzeker, by and through counsel of record, specially appearing for the purpose of filing this motion and not submitting to the jurisdiction of this Honorable Court for purposes other than filing this motion, moves pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure to dismiss the Plaintiff's Complaint as it relates to Defendant Todd Hunzeker for lack of personal jurisdiction. Defendant Todd Hunzeker further moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Plaintiff's Complaint as it relates to Defendant Todd Hunzeker for failure to state a claim upon which relief can be granted.

The grounds supporting this motion are set forth in the accompanying memorandum and said motion is supported by the Affidavit of Todd Hunzeker filed herewith. Defendant Todd Hunzeker requests oral argument.

TODD HUNZEKER CHEVROLET,
OLDS, BUICK, INC., and TODD HUNZEKER

By their Attorneys,

/s/ Steven J. De Luca
Steven J. DeLuca, Esq., #4192
Sullivan Signore Whitehead & DeLuca LLP
86 Weybosset Street, Suite 400
Providence, RI 02903
Tel: (401) 861-9900
Fax: (401) 861-9977

/s/ James D. Ruchti
James D. Ruchti, Idaho ISB #6366
Cooper & Larsen
151 N. 3rd Ave., Suite 210
Pocatello, ID 83205
Tel: (208) 235-1145
Fax: (208) 235-1182
(Mr. Ruchti to seek Admission Pro Hac Vice)

**DATED the 8th day of September, 2008.**

**CERTIFICATION**

I hereby certify that on this 8th day of September, 2008, a true copy of the foregoing was e-mailed via ECF to Robin L. Main, Esq. and Jeffrey A. Mega, Esq., Hinckley Allen & Snyder, LLP, 50 Kennedy Plaza, Suite 1500, Providence, RI 02903.

/s/ Steven J. De Luca