# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

ADP, INC.,

Plaintiff,

vs.

TODD HUNZEKER CHEVROLET, OLDS, BUICK, INC., and TODD HUNZEKER,

Defendants.

CA No. 07-486 S

**AFFIDAVIT OF TODD HUNZEKER IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(2) AND 12(b)(6)**

STATE OF IDAHO )
: ss.
County of Caribou )

TODD HUNZEKER, being first duly sworn upon oath, deposes and states as follows:

1. That I am a Defendant in the above-captioned matter.
2. That I make this affidavit upon my own personal knowledge.
3. That I am over the age of eighteen.
4. That at all times relevant to this lawsuit, I was and am the President of Todd Hunzeker Chevrolet, Olds, Buick, Inc. ("Hunzeker Chevrolet") and Todd Hunzeker Ford Mercury ("Hunzeker Ford") located in Soda Springs, Idaho.
5. That Hunzeker Chevrolet is an Idaho corporation with its principal place of business in Soda Springs, Idaho.

6. That Hunzeker Ford is an Idaho corporation with its principal place of business in Soda Springs, Idaho.

7. That Hunzeker Chevrolet and Hunzeker Ford are in the business of selling automobiles.

8. That at the times relevant to this lawsuit, BZ Results represented itself to Hunzeker Mercury and Hunzeker Ford as a company which specializes in creating car dealer websites and training those car dealerships to use web-based marketing to increase sales and market exposure.

9. That at the beginning of the year in 2006, I – acting as President of Hunzeker Chevrolet and Hunzeker Ford – entered into contractual negotiations with BZ Results to obtain its services/products.

10. That at the beginning of April, 2006, Hunzeker Chevrolet entered into the Terms and Conditions Agreement which is attached as Exhibit A to Plaintiff's Complaint.

11. That I – acting as President of Hunzeker Chevrolet – signed the Terms and Conditions Agreement.

12. That on the same day, Hunzeker Ford entered into the Terms and Conditions Agreement which is attached as Exhibit B to Plaintiff's Complaint.

13. That I – acting as President of Hunzeker Ford – signed the Terms and Conditions Agreement.

14. That because Hunzeker Chevrolet and Hunzeker Ford felt BZ Results was not fulfilling its obligations under the contracts, I – acting as President of Hunzeker Chevrolet and Hunzeker Ford – complained to BZ Results on numerous occasions.

15. That on October 10, 2007, the Idaho Secretary of State administratively dissolved Hunzeker Ford for its failure to file its annual report.

16. That on January 7, 2008, the Idaho Secretary of State's Office reinstated Hunzeker Ford and restored Hunzeker Ford's corporate powers and rights to do business in the State of Idaho.

17. That whenever I was communicating or otherwise working with BZ Results, I was doing so as President of Hunzeker Chevrolet and Hunzeker Ford.

18. That at no time was I communicating or otherwise working with BZ Results in my individual capacity.

19. ADP, Inc. served me with a Summons and Complaint on January 8, 2008.

20. I have never been to Rhode Island.

21. I have no family in Rhode Island.

22. I have never traveled to Rhode Island.

23. I have never owned property in Rhode Island.

24. The only business I have conducted in Rhode Island was done as President of Hunzeker Chevrolet and Hunzeker Ford.

DATED this 08 day of September, 2008.

TODD HUNZEKER, President
Todd Hunzeker Chevrolet, Olds, Buick, Inc. and
Todd Hunzeker Ford Mercury

SUBSCRIBED AND SWORN TO before me this 08 day of June, 2008.

Kaye Summers
Notary Public for Idaho
Residing at:
My Commission Expires: 6/23/09

KAYE SUMMERS NOTARY PUBLIC STATE OF IDAHO

**CERTIFICATION**

I hereby certify that on this ___ day of September, 2008, a true copy of the foregoing was e-mailed via ECF to Robin L. Main, Esq. and Jeffrey A. Mega, Esq., Hinckley Allen & Snyder, LLP, 50 Kennedy Plaza, Suite 1500, Providence, RI 02903.

/s/ Steven J. De Luca