MAR-17-1996 18:33 EXHIBIT A P.03/12

# Terms and Conditions Agreement

| | |
|---|---|
| Dealership Legal Name: [illegible] Chevrolet Buick | Client License No. (Internal Use Only): |
| Dealership Address: 155 2nd South Street | |
| City: Soda Springs | State: ID | Zip: 83276 |
| Phone: 208-547-3394 | Fax: | Email: [illegible] |

The Dealership identified by the legal name above (hereinafter "Client"), agrees to acquire from EZ Results (hereinafter "EZ") a software license (hereinafter "License") for a Digital Marketing System and related services (hereinafter "System") as more fully described in the attached Website Options and Digital Marketing Options (hereinafter "Price Menu") which are incorporated herein by reference. EZ agrees to design and develop the System and grant Client a License to utilize the System as set forth herein. This Terms and Conditions Agreement and the Price Menu are collectively herein referred to as the "Agreement". Unless otherwise specifically referenced, the License shall be included in the definition of System. In consideration of the promises, terms and conditions set forth herein, the parties agree as follows:

1. Software Development; License; Delivery and Acceptance: [illegible]

2. Use of the System: [illegible]

3. Pricing and Payment Terms: [illegible]

4. [illegible]

5. This Agreement and the License granted hereunder shall be non-cancelable for the term set forth below:

The initial term shall be for 36 months commencing upon Acceptance (herein "Initial Term") with a total monthly payment of $[illegible] payable as set forth above.

6. Payment Default: [illegible]

7. Renewal: This Agreement shall automatically renew [illegible]

8. Termination of System: [illegible]

9. Intellectual Property: [illegible]

10. Warranties; Limitation of Liability: EZ DOES NOT MAKE ANY EXPRESS OR IMPLIED WARRANTIES WITH RESPECT TO THE SYSTEM, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY AND OF FITNESS FOR PARTICULAR PURPOSE. [illegible]

11. Indemnification: [illegible]

12. Entire Agreement: This Agreement contains the entire agreement and understanding between Client and EZ relating to the System [illegible]

13. Amendment and Waiver: [illegible]

14. Non-Hire Agreement: [illegible]

15. Notices: All notices required or permitted hereunder shall be in writing. [illegible]

16. Miscellaneous: [illegible]

| | | |
|---|---|---|
| The Dealer Acknowledges that it has Read and Understood the Terms hereof. The Effect of these Terms and has caused this Agreement to be Executed by its Duly Authorized Officer. | EZ Results, by ADP Company [illegible] Road Coventry, Rhode Island [illegible] 401.[illegible] | Receipt of this agreement [illegible] (INTERNAL USE ONLY) EZ Results [illegible] |
| Signature: X [signature] | Signature: X [signature] | |
| Name: | Name & Title: [illegible] | |
| Title: [illegible] | | |
| Date: [illegible] | Date: [illegible] | |