MAR-17-1996 18:33 EXHIBIT A P.03/12

# Terms and Conditions Agreement

| | |
|---|---|
| [illegible] | |
| Dealership Legal Name: Hanseatic Chevrolet Buick | Client License No. [illegible] |
| Dealership Address: 155 2nd South Street | |
| City: Soda Springs | State: ID / Zip: 83276 |
| Phone: 208-547-3334 | Fax: / Email: [illegible] |

The Dealership identified by the legal name above (hereinafter "Client") agrees to acquire from EZ Results (hereinafter "EZ") a software license (hereinafter "License") for a Digital Marketing System and related services (hereinafter "System") as more fully described in the attached Website Options and Digital Marketing Options (hereinafter "Price Menu") which are incorporated herein by reference. [illegible] This Terms and Conditions Agreement and the Price Menu are collectively [illegible] herein referred to as the "Agreement". Unless otherwise specifically referenced, the License shall be included in the definition of System. In consideration of the promises, terms and conditions set forth herein, the parties agree as follows:

1\. Software Development, License, Delivery and Acceptance: EZ will design, develop and produce the System in accordance with the specifications set forth in the Price Menu and grants to Client [illegible]

2\. Use of the System: [illegible]

3\. Pricing and Payment Terms: [illegible]

4\. [illegible]

5\. This Agreement and the License granted hereunder shall be non-cancellable for the term set forth below:

The initial term shall be for 36 months commencing upon Acceptance (herein "Initial Term") with a total monthly payment of $1,335 payable as set forth above.

1\. Payment Default: [illegible]

5\. Renewal: [illegible]

6\. Termination of System: [illegible]

7\. Intellectual Property: [illegible]

8\. Warranties; Limitation of Liability: EZ DOES NOT MAKE ANY EXPRESS OR IMPLIED WARRANTIES WITH RESPECT TO THE SYSTEM, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY AND OF FITNESS FOR PARTICULAR PURPOSE [illegible]

9\. Indemnification: [illegible]

10\. Entire Agreement: This Agreement [illegible]

11\. Amendment and Waiver: This Agreement may be amended only by an instrument in writing signed by Client and EZ [illegible]

12\. Non-Hire Agreement: [illegible]

13\. Notices: All notices required or permitted hereunder must be in writing. [illegible] Registered or certified mail, postage prepaid [illegible] as set forth on this Terms and Conditions Agreement.

14\. Miscellaneous: This Agreement may not be assigned by Client without the written authorization of EZ. [illegible] This Agreement shall be governed by, and construed in accordance with the laws of the State of Rhode Island excluding its conflict of law rules. All actions and proceedings [illegible] shall be brought in any Rhode Island state or federal court sitting in the City of Providence, Rhode Island. Client hereby waives its right to a trial by jury. [illegible]

| | | |
|---|---|---|
| The Dealer Acknowledges that it has Read and Understood the Terms hereof, The Effect of these Terms and has caused this Agreement to be Executed by its Duly Authorized Officer. Signature: X [signature] | EZ Results, an ADP Company, [illegible] Road, Coventry, Rhode Island [illegible], 401.[illegible] | Receipt of this agreement [illegible] (INTERNAL USE ONLY) EZ Results [illegible] |
| Name: | Signature: X [signature] | |
| Title: Pres | Name & Title: [signature] | |
| Date: 4-6-05 | Date: 4/7/2005 | |