MAR-17-1996 18:33 EXHIBIT A P.03/12

# Terms and Conditions Agreement

| | |
|---|---|
| Dealership Legal Name: [illegible] Chevrolet Buick | Client License No. [illegible] |
| Dealership Address: 155 2nd South Street | |
| City: [illegible] Springs | State: ID | Zip: [illegible] |
| Phone: [illegible] | Fax: | Email: [illegible] |

[illegible]

The initial term shall be for [illegible] months commencing upon Acceptance [illegible]

[illegible]

| | | |
|---|---|---|
| The Dealer Acknowledges that it has Read and Understood the Terms hereof. The [illegible] of these Terms and [illegible] Executed by [illegible] Authorized Officer. Signature: X | EZ Results, an ADP Company [illegible] Road Coventry, Rhode Island [illegible] 401.[illegible] | [illegible] EZ Results www.[illegible].com |
| Name: | Signature: X | |
| Title: | Name & Title: | |
| Date: | Date: | |