MAR-17-1996 18:37 EXHIBIT B P.11/12

# Terms and Conditions Agreement

| | |
|---|---|
| Dealership Legal Name: Hunzeker Ford Mercury | Client License No. (Internal Use Only): |
| Dealership Address: 355 2nd Street | |
| City: Soda Springs State: ID | Zip: [illegible] |
| Phone: Fax: | Email: |

The Dealership identified by the legal name above (hereinafter "Client"), agrees to acquire from B&Z Productions, L.L.C. (hereinafter "BZ") a software license (hereinafter "License") for a Digital Marketing System and related services (hereinafter "System") as more fully described in the attached Website Options and Digital Marketing Options (hereinafter "Price Menu") which are incorporated herein by reference. [illegible] This Terms and Conditions Agreement and the Price Menu are collectively herein referred to as the "Agreement". [illegible] In consideration of the promises, terms and conditions set forth herein, the parties agree as follows:

1. [illegible]

2. [illegible]

3. [illegible]

a. [illegible]

b. This Agreement and the License granted hereunder shall be non-cancelable for the term set forth below:

The initial term shall be for 36 months commencing upon Acceptance (hereafter "Initial Term") with a total monthly payment of $3,335 payable as set forth above.

4. Payment Default: [illegible]

5. Renewal: [illegible]

6. Termination of System: [illegible]

7. Intellectual Property: [illegible]

8. Warranties; Limitation of Liability: [illegible]

9. Indemnification: [illegible]

10. Entire Agreement: [illegible]

11. Amendment and Waiver: [illegible]

12. [illegible]

13. Notices: [illegible]

14. Miscellaneous: [illegible]

| | | |
|---|---|---|
| The Undersigned hereby acknowledges [illegible] of this Terms and Conditions Agreement [illegible] | B&Z Productions, L.L.C. [illegible] | Receipt of this agreement serves as [illegible] for: INTERNAL USE ONLY B&Z Productions, L.L.C. [illegible] |
| Signature: X [signature] | Signature: X [signature] | |
| Name: [illegible] | | |
| Title: [illegible] | Name & Title: [illegible] | |
| Date: 4-6-05 | Date: 4/8/06 | |