UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADP, INC.,<br>Plaintiff<br><br>VS.<br><br>TODD HUNZEKER CHEVROLET, OLDS, BUICK, INC. and TODD HUNZEKER,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 07-486-S |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Plaintiff ADP, Inc., by and through its attorneys, hereby moves for an extension of time for Plaintiff to file its response to Defendant Todd Hunzeker's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(2) and 12(b)(6). The current deadline is September 25, 2008, and the Plaintiff requests an extension up to and including October 27, 2008. Plaintiff's counsel has a number of conflicting commitments, and this brief extension would allow for the orderly filing of its response. Defendants assent to this motion.

ADP, Inc.

By its attorneys,

/s/ Jeffrey A. Mega

Robin L. Main (#4222)
Jeffrey A. Mega (#6441)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)
jmega@haslaw.com

Dated: September 10, 2008

ASSENTED TO:

TODD HUNZEKER CHEVROLET, OLDS,
BUICK, INC. and TODD HUNZEKER

By their Attorneys,

/s/ Steven J. DeLuca

Steven J. DeLuca (#4192)
Sullivan Signore Whitehead & DeLuca LLP
86 Weybosset Street, Suite 400
Providence, RI 02903
(401) 861-9900
(401) 861-9977 (facsimile)

**CERTIFICATION**

I hereby certify that on September 10, 2008, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Jeffrey A. Mega